**CHEE MARKHAM & FELDMAN**
Attorneys At Law

**GREGORY K. MARKHAM**           (3453-0)
**KEITH K. KATO**                (5320-0)
2700 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-0111
Facsimile:   (808)523-0115
Email:        gmarkham@cheemarkham.com
              kkato@cheemarkham.com

Attorneys for Defendant
**ASTON HOTELS & RESORTS, LLC**
  dba HOTEL RENEW BY ASTON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ASTON HOTELS & RESORTS, LLC, Hawaii Limited Liability Company, dba HOTEL RENEW BY ASTON; TOM BRADY, an individual, dba THE DESTINATION GROUP; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE ASSOCIATIONS 1-10,<br><br>　　　　　Defendants. | Civil No. 13-00648 ACK RLP (Copyright Infringement)<br><br>DEFENDANT ASTON HOTELS & RESORTS, LLC'S MOTION FOR LEAVE TO FILE CONFIDENTIAL MUTUAL SETTLEMENT AND JOINT TORTFEASOR RELEASE AGREEMENT UNDER SEAL; DECLARATION OF GREGORY K. MARKHAM; CERTIFICATE OF SERVICE<br><br>TRIAL:<br>Date:    April 9, 2015<br>Judge:   Honorable Alan C. Kay |

## DEFENDANT ASTON HOTELS & RESORTS, LLC'S MOTION FOR LEAVE TO FILE CONFIDENTIAL MUTUAL SETTLEMENT AND JOINT TORTFEASOR RELEASE AGREEMENT UNDER SEAL

COMES NOW Defendant/Third Party Plaintiff ASTON HOTELS & RESORTS, LLC ("ASTON"), by and through its counsel, the Law Offices of Chee Markham & Feldman, and hereby moves this Court to issue an order granting leave to file the CONFIDENTIAL MUTUAL SETTLEMENT AND JOINT TORTFEASOR RELEASE AGREEMENT under seal as Exhibit "A" to its Motion for Good Faith Settlement.

This motion is brought pursuant to Local Rules 7, 7.2 and 83.12, and is based upon the attached Declaration and the record and files herein.

DATED: Honolulu, Hawaii, October 16, 2014.

      /s/ Gregory K. Markham
GREGORY K. MARKHAM
KEITH K. KATO
Attorneys for Defendant/Third Party Plaintiff
ASTON HOTELS & RESORTS, LLC.