IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>      Plaintiff,<br><br>vs.<br><br>ASTON HOTELS & RESORTS, LLC, Hawaii Limited Liability Company, dba HOTEL RENEW BY ASTON, et al.,<br><br>      Defendants. | Civil No. 13-00648 ACK RLP<br>(Copyright Infringement)<br><br>DECLARATION OF GREGORY K. MARKHAM |

## **DECLARATION OF GREGORY K. MARKHAM**

I, GREGORY K. MARKHAM, declare:

1. I am an attorney duly licensed to practice law in all courts in the State of Hawaii and I represent Defendant ASTON HOTELS & RESORTS, LLC in this matter.

2. This declaration is based upon my personal knowledge of the matters stated herein.

3. On October 8, 2014, Plaintiff VINCENT KHOURY TYLOR ("Plaintiff") and Defendant ASTON HOTELS & RESORTS, LLC, Hawaii Limited Liability Company, dba HOTEL RENEW BY ASTON ("ASTON") reached an agreement to settle all claims against ASTON subject to confidential terms which

are disclosed in the CONFIDENTIAL MUTUAL SETTLEMENT AND JOINT TORTFEASOR RELEASE AGREEMENT ("Release").

    4.    A Motion for Good Faith Settlement is being filed concurrently with the instant Motion without said Release, requesting that this Honorable Court enter an order allowing the settlement between Plaintiff and ASTON is in good faith pursuant to H.R.S. §663-15-5.

    5.    Due to the confidentiality clause in the Release, ASTON requests that Exhibit "A" to ASTON's Motion for Good Faith Settlement, which describes the terms of the settlement, be filed under seal.

I declare under penalty of perjury under the laws of the State of Hawai`i that the foregoing is true and correct.

Executed this 16th day of October, 2014.

                                             /s/ Gregory K. Markham
                                          GREGORY K. MARKHAM