**CHEE MARKHAM & FELDMAN**
Attorneys At Law

**GREGORY K. MARKHAM**          (3453-0)
**KEITH K. KATO**                    (5320-0)
2700 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile:  (808)523-0115
Email:      gmarkham@cheemarkham.com
            kkato@cheemarkham.com

Attorneys for Defendant
**ASTON HOTELS & RESORTS, LLC**
  **dba HOTEL RENEW BY ASTON**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>ASTON HOTELS & RESORTS, LLC, Hawaii Limited Liability Company, dba HOTEL RENEW BY ASTON; TOM BRADY, an individual, dba THE DESTINATION GROUP; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | Civil No. 13-00648 ACK RLP<br>(Copyright Infringement)<br><br>**DEFENDANT ASTON HOTELS & RESORTS, LLC dba HOTEL RENEW BY ASTON'S MEMORANDUM ADDRESSING THE STATUS OF IT'S CROSS-CLAIM AGAINST TOM BRADY; DECLARATION OF GREGORY K. MARKHAM; CERTIFICATE OF SERVICE**<br><br>TRIAL:<br>Date:   April 9, 2015<br>Judge:  Honorable Alan C. Kay |

**DEFENDANT ASTON HOTELS & RESORTS, LLC dba
HOTEL RENEW BY ASTON'S MEMORANDUM ADDRESSING
THE STATUS OF ITS CROSS-CLAIM AGAINST TOM BRADY**

COMES NOW Defendant/Third Party Plaintiff ASTON HOTELS & RESORTS, LLC (hereinafter "Defendant/Third-Party Plaintiff ASTON"), by and through its attorneys, the law firm of Chee Markham & Feldman, to address the status of its cross-claim against TOM BRADY, an individual, dba THE DESTINATION GROUP (hereinafter "BRADY").

**I.  DISCUSSION**

On October 17, 2014, ASTON respectfully filed its petition to the Court for a hearing on the issue of good faith settlement regarding the agreement reached between ASTON and Plaintiff VINCENT KHOURY TYLOR (hereinafter "Plaintiff").  Due this agreement, ASTON will no longer actively pursue its Cross-Claim against BRADY or its Third Party Complaint against Z-TOWER, LLC (hereinafter "Z-TOWER").

Pursuant to the notice requirement in H.R.S. § 663-15.5, ASTON has mailed its Petition for Good Faith Settlement to BRADY and Z-TOWER, respectively, to notify aforesaid parties of the settlement agreement reached between ASTON and Plaintiff.  In concert with ASTON's petition, Plaintiff filed its Notice of No

Challenge to Defendant Aston Hotels & Resorts, LLC's Petition for Good Faith Settlement on October 20, 2014.

DATED: Honolulu, Hawaii, October 24, 2014.

GREGORY K. MARKHAM
KEITH K. KATO
Attorneys for Defendant/Third Party Plaintiff
ASTON HOTELS & RESORTS, LLC.