IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ASTON HOTELS & RESORTS, ) <br> LLC, a Hawaii Limited Liability ) <br> Company, dba HOTEL RENEW BY ) <br> ASTON; TOM BRADY, an ) <br> individual, dba THE DESTINATION ) <br> GROUP; JOHN DOES 1-10; JANE ) <br> DOES 1-10; DOE ) <br> CORPORATIONS 1-10; DOE ) <br> PARTNERSHIPS 1-10; and DOE ) <br> ASSOCIATIONS 1-10, ) <br> ) <br> Defendants. ) <br> _____ | CIVIL 13-00648-ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 21, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT ASTON HOTELS & RESORTS, LLC'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT," docket entry no. 37, are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 8, 2014.



_____
Alan C. Kay
Senior United States District Judge